**Order entered September 4, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00784-CV

### BROADRICK UMEH, Appellant

### V.

### DANIEL RIVAS, Appellee

**On Appeal from the County Court at Law No. 5**
**Dallas County, Texas**
**Trial Court Cause No. CC-12-04556-E**

## ORDER

The reporter's record is past due. The court reporter informed the Court that appellant has not requested preparation of the reporter's record. In a letter dated August 11, 2015, we instructed appellant to provide this Court, within ten days, (1) notice that he has requested preparation of the reporter's record and (2) written verification that appellant has paid or made arrangements to pay the reporter's fee or written documentation that appellant has been found to be entitled to proceed without payment of costs. We cautioned appellant that, if we did not receive the required documentation within the time specified, we may order the appeal submitted without the reporter's record. *See* TEX. R. APP. P. 37.3(c).

As of today's date, appellant has not filed the required documentation. Accordingly, we **ORDER** the appeal submitted without the reporter's record. *See* TEX. R. APP. P. 37.3(c).

Appellant's brief is due within **THIRTY DAYS** from the date of this order.

/s/      ELIZABETH LANG-MIERS
JUSTICE